## (March 15, 1944.)

SEGLIN-HARRISON CONSTRUCTION CO., INC., Appellant, et al., Claimants, v. STATE OF NEW YORK, Respondent. (Claim No. 23162.) — Decision handed down March 8, 1944 [*ante*, p. 488], is amended because of clerical error in

the computation of interest, to read as follows: Judgment modified on the law and the facts in accordance with opinion, to provide as follows: " ORDERED AND ADJUDGED that the claimant Seglin-Harrison Construction Co. Inc., recover of the defendant, the State of New York, the sum of Fifty Thousand Three Hundred Nineteen Dollars and seventy-seven cents ($50,319.77) with interest from March 10, 1931, to April 1, 1943, the date of the judgment heretofore entered, to wit: Thirty-two Thousand Six Hundred Fifty Dollars and fifty-two cents ($32,650.52), making a total of Eighty-two Thousand Nine Hundred Seventy Dollars and twenty-nine cents ($82,970.29), in full settlement of said claim; and it is further ORDERED AND ADJUDGED that said judgment be and it hereby is in all other respects affirmed." The court reverses the following findings in the decision of the Court of Claims: Findings Nos. " 36 ", " 37 ", " 38 ", " 39 " and " 40 " and also reverses the following of the State's 'Proposed Findings: Nos. " 12 ", " 13 ", " 14 ", " 15 ", " 18 ", " 19 ", " 20 ", " 21 ", " 22 ", and " 23 " and likewise reverses the refusal of the Court of Claims to find Claimant's Proposed Findings and so finds the following: Nos. " 36 ", " 37 " and " 38 ". The court also reverses the following findings in the decision of the Court of Claims: Nos. " 62 ", " 64 ", " 65 ", " 66 ", " 67 ", " 68 ", " 69 " and " 70 " and reverses the State's Proposed Findings Nos. " 48 ", " 50 ", " 51 ", " 52 ", " 53 ", " 54 ", " 55 ", " 56 ", " 57 ", and " 58 " and reverses the refusal of the Court of Claims to find, and so finds Claimant's Proposed Findings Nos. " 64 ", " 65 ", and " 69 " and modifies Claimant's Proposed Finding No. " 70 " by substituting therein " 111,428 pounds " in place of " 145,360 pounds " and " $12,869.93 " in the place of " $16,789.08 ". Opinion by Schenck, J. Bliss and Heffernan, JJ., concur; Hill, P. J., dissents as to the sum of $12,869.93 with interest thereon, allowed under item 10-e, but concurs in all other respects.